```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MARY M. FRENCH, Bar #126643
    Supervising Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  ROBERTO CARDONA-ORTEGA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07-mj-0220 EFB |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING PRELIMINARY EXAMINATION FOR |
| v. ) | DEFENDANT ROBERTO CARDONA-ORTEGA |
| ROBERTO CARDONA-ORTEGA, ) | Date: August 10, 2007 |
| ) | Time: 2:00 p.m. |
| Defendant. ) | Judge: HON. Dale A. Drozd |
| _____ ) | |

    IT IS HEREBY STIPULATED between the parties, Kyle Reardon, Assistant United States Attorney, attorney for plaintiff and Mary M. French, Supervising Assistant Federal Defendant, attorney for defendant ROBERTO CARDONA-ORTEGA, that the preliminary examination, currently set for August 3, 2007, be continued until August 10, 2007, at 2:00 p.m. in front of the Honorable Dale A. Drozd.  This continuance is being requested because the parties are working on a pre-indictment plea agreement and defense counsel will be out of town on August 3, 2007.

    By this continuance, the defendant ROBERTO CARDONA-ORTEGA hereby waives his right to have his preliminary examination held within ten (10) days from the date of his initial appearance.

```
                                     Respectfully submitted,
Dated: August 1, 2007
                                           DANIEL J. BRODERICK
                                           Federal Defender

                                           /s/ Mary M. French
                                     _____
                                     MARY M. FRENCH
                                     Supervising Assistant
                                     Federal Defender
                                     Attorney for Defendant
                                     ROBERTO CARDONA-ORTEGA


Dated: August 1, 2007

                                           MCGREGOR W. SCOTT
                                           United States Attorney

                                           /s/ Mary M. French for
                                     _____
                                     KYLE REARDON
                                     Assistant U.S. Attorney
                                     per telephonic authority
```

**O R D E R**

IT IS SO ORDERED.

DATED: August 1, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/cardona-ortega0220.stipord

Stip & Order                              2