DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARY M. FRENCH, Bar #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROBERTO CARDONA-ORTEGA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07-mj-0220 EFB |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING |
| ) | PRELIMINARY EXAMINATION FOR |
| v. ) | DEFENDANT ROBERTO CARDONA-ORTEGA |
| ) | |
| ROBERTO CARDONA-ORTEGA, ) | Date: August 13, 2007 |
| ) | Time: 2:00 p.m. |
| Defendant. ) | Judge: HON. Dale A. Drozd |
| ) | |
| ) | |
| _____ ) | |

   IT IS HEREBY STIPULATED between the parties, Kyle Reardon, Assistant United States Attorney, attorney for plaintiff and Mary M. French, Supervising Assistant Federal Defendant, attorney for defendant ROBERTO CARDONA-ORTEGA, that the preliminary examination, currently set for August 10, 2007, be continued until August 13, 2007, at 2:00 p.m. in front of the Honorable Dale A. Drozd.  This continuance is being requested because the parties continue to work on a pre-indictment plea agreement.

   By this continuance, the defendant ROBERTO CARDONA-ORTEGA hereby waives his right to have his preliminary examination held within ten

1  (10) days from the date of his initial appearance.

2

3  Dated: August 9, 2007                    Respectfully submitted,

                                            DANIEL J. BRODERICK
4                                           Federal Defender

5                                           /s/ Mary M. French
                                            _____
6                                           MARY M. FRENCH
                                            Supervising Assistant
7                                           Federal Defender
                                            Attorney for Defendant
8                                           ROBERTO CARDONA-ORTEGA

9

10
   Dated: August 9, 2007
11
                                            MCGREGOR W. SCOTT
12                                          United States Attorney

13                                          /s/ Mary M. French for
                                            _____
14                                          KYLE REARDON
                                            Assistant U.S. Attorney
15                                          per telephonic authority

16
                          **O R D E R**
17

18
   IT IS SO ORDERED.
19
   Dated:  August 10, 2007.
20

21

22                                          _____
                                            U.S. MAGISTRATE JUDGE
23

24

25

26

27

28

Stip & Order                          2